IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL A. HERNANDEZ, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05cv3294 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| UNITED STATES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court for on filing no. 5, the second Motion to Proceed In Forma Pauperis ("IFP") filed by the plaintiff, Michael A. Hernandez. District Judge Laurie Smith Camp denied the plaintiff's previous Motion to proceed IFP and ordered the plaintiff to pay the filing fee and file an Amended Complaint. The plaintiff has not complied with Judge Smith Camp's Order in either respect. In particular, as Judge Smith Camp pointed out, a pro se plaintiff may not bring a class action on behalf of other people. Accordingly, filing no. 5 is denied.

SO ORDERED.

DATED this 13th day of December, 2005.

BY THE COURT:


s/ F. A. GOSSETT
United States Magistrate Judge