IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL A. HERNANDEZ, | ) | |
| Plaintiff, | ) | 4:05cv3294 |
| vs. | ) | ORDER |
| UNITED STATES, et al., | ) | |
| Defendants. | ) | |

This matter is before the court on filing no. 7, the plaintiff's Motion for Extension of Time. This court has twice denied the plaintiff's motions to proceed in forma pauperis and has ordered the plaintiff to pay the court's $250 filing fee. The court has also ordered the plaintiff to file an Amended Complaint. The plaintiff has not complied in either respect. The plaintiff shall have one more extension of time until January 30, 2006, to pay the court's $250 filing fee, in the absence of which this case will be subject to dismissal.

If the plaintiff pays the filing fee by January 30, 2006, he may have until February 10, 2006 to file an Amended Complaint. The plaintiff is reminded that a pro se plaintiff may not bring a class action on behalf of other people. Accordingly, filing no. 7 is granted insofar as set forth above.

SO ORDERED.

DATED this 4th day of January, 2006.

BY THE COURT:

s/ F. A. GOSSETT
United States Magistrate Judge