IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL A. HERNANDEZ, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05cv3294 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| UNITED STATES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on filing no. 9, the plaintiff's Motion for a Preliminary Injunction. The plaintiff has been ordered to pay the court's $250 filing fee and to file an Amended Complaint. No relief will be available in this case unless and until the plaintiff has complied with the court's prior orders. Accordingly, filing no. 9 is denied.

SO ORDERED.

DATED this 6th day of January, 2006.

BY THE COURT:

s/Laurie Smith Camp
Laurie Smith Camp
United States District Judge