THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL A. HERNANDEZ, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | 4:05CV3294 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| The United States, et al., | ) | |
| | ) | |
| Defendants. | ) | |

    This matter is before the court on filing nos. 12 and 17, the motions for an extension of time, filed by plaintiff Hernandez.  In filing no. 17, the plaintiff requests an extension of time to comply with the court's orders in this case.  Plaintiff claims that he is currently seeking legal representation.  After review of the record, I will grant the plaintiff's request.  Plaintiff shall have until March 31, 2006 to retain legal representation at which time plaintiff must comply with the court's order in filing no. 8 denying the motion to proceed in forma pauperis and requiring the plaintiff to pay the $250.00 filing fee, or this case may be subject to dismissal.  Filing no. 17 is granted insofar as stated in this order.  Filing no. 12 is denied as moot.

    IT IS THEREFORE ORDERED:

    1.    That filing no. 12 is denied as moot; and

    2.    That filing no. 17 is granted insofar as stated in this order.

    DATED this day 17th of March, 2006.

                BY THE COURT:

                S/ F. A. Gossett
                United States Magistrate Judge