IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL A. HERNANDEZ, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05cv3294 |
| | ) | |
| vs. | ) | MEMORANDUM AND ORDER |
| | ) | |
| UNITED STATES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the following post-judgment motions filed by the plaintiff, Michael A. Hernandez: (1) Filing No. 43, a letter from the plaintiff docketed as a Motion for Summons Forms; (2) Filing No. 44, a document entitled "Objection," which the court construes as a Motion to Alter or Amend Judgment pursuant to Fed. R. Civ. P. 59(e); and (3) Filing No. 45, the plaintiff's Motion for Leave to Amend the Complaint. All of the motions must be denied, as judgment has been entered in the case (Filing Nos. 41 and 42), and no further relief is available in this court for the plaintiff's claims. Therefore, Filing Nos. 43, 44 and 45 are denied.

SO ORDERED.

DATED this 1st day of May, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge